Eric J. Sinrod (SBN 122868)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail:   ejsinrod@duanemorris.com
*Attorneys for Defendant*
*IKON Office Solutions, Inc.*

John G. Hursh
Karen Elizabeth Wentzel
Dorsey & Whitney LLP
1717 Embarcadero Road
Palo Alto , CA 94303
650 857-1717
Fax: 650 857-1288
Email: eFilingPA@dorsey.com
*Attorneys for Plaintiffs*
*David Martin, Michael Reynolds, Bette Bahni, and Angela Uribe*

IT IS SO ORDERED
Judge James Ware

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **CANON BUSINESS SOLUTIONS - NEWCAL, INC.**, a California Corporation; **DAVID MARTIN**, an individual; **MICHAEL REYNOLDS**, an individual; **BETTE BAHNI**, an individual, and **ANGELA URIBE**, an individual,<br><br>**Plaintiffs,**<br><br>v.<br><br>**IKON OFFICE SOLUTIONS, INC.,** an Ohio Corporation; and **DOES 1 THROUGH 100,**<br><br>**Defendants.** | Case No.: CV 08-5745 JW<br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**AND [~~PROPOSED~~] ORDER**<br><br>**Judge:**       Hon. James Ware |

Plaintiffs Canon Business Solutions-NewCal, Inc., David Martin, Michael Reynolds, Bette Bahni, and Angela Uribe, and Defendant IKON Office Solutions, Inc., by and through their undersigned counsel, hereby stipulate as follows:

1

1. This action shall be dismissed with prejudice, without awarding any fees, costs or disbursements to any party;

2. All previously issued orders of the Court, including without limitation any discovery orders, consent orders, orders to show cause, temporary restraining orders, and preliminary injunctions, shall have no further force and effect; and

3. All previously issued orders of the Court may be vacated.

                                           Respectfully submitted,

Dated:  June 24, 2009                    DUANE MORRIS LLP

                                           By:    /s/
                                                  Eric J. Sinrod
                                                  Attorneys for Defendant
                                                  IKON Office Solutions, Inc.

                                           DORSEY & WHITNEY LLP

                                           By:    /s/
                                               John G. Hursh
                                               Karen Elizabeth Wentzel
                                               Attorneys for Plaintiffs

**ORDER**

Based upon the foregoing Stipulation by the parties, IT IS HEREBY ORDERED that:

1. The above-captioned action shall be, and hereby is, DISMISSED WITH PREJUDICE;

2. All previous Orders of the Court in this action shall have no further force and effect;

3. All previous Orders of the Court in this action are hereby vacated; and

4. Each party shall bear its own attorneys' fees, costs and other expenses incurred in connection with this matter.

Defendant's Motions to Dismiss are DENIED as moot. (Docket Item Nos. 7, 15.)
The Clerk shall close this file.

Date: June 24, 2009

_____
Hon. James Ware
United States District Court Judge